# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-7962-AB (AGR) | Date | December 21, 2017 |
|---|---|---|---|
| Title | Christian Kerrigan v. Mohamed Lameer | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** In Chambers: **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR TO FILE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEE**

The *pro se*, incarcerated plaintiff's complaint was filed on October 31, 2017. However, he neither paid the filing fee of $400 nor filed a Request to Proceed In Forma Pauperis With Declaration in Support (form CV-60P) ("IFP Request"). Accordingly, on November 3, 2017, the Court directed the Clerk to mail him a CV-60P form; ordered Plaintiff to pay the fee or file an IFP request by December 4, 2017; and warned that if "**If Plaintiff fails to submit the fee or the documentation described above by December 4, 2017, his complaint is subject to dismissal.**" (Dkt. No. 5 (emphasis in original).)

On November 27, 2017, Plaintiff filed a letter dated November 19, 2017, stating: "my application to proceed in forma pauperis was recently forwarded to my counselor here at [the prison] for processing to the trust office and thereafter to be mailed to the court." (Dkt. No. 6.)

As of December 21, 2017, the docket reflects that Plaintiff has not paid the filing fee or filed a request to proceed without prepayment of the filing fee.

IT IS THEREFORE ORDERED that the Plaintiff show cause, in writing, on or before *January 17, 2018*, why this case should not be dismissed without prejudice for failure to pay the filing fee or file a request to proceed without prepayment of the filing fee. Plaintiff should describe any efforts to follow up on his request that the prison forward the request to proceed without prepayment of filing fees to the court.

Initials of Preparer    mp