UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:17-cv-07962-AB (MAA)** | Date: **August 5, 2019** |
| Title **Christian Kerrigan v. Mohamed Lameer** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Chris Silva | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**      **Order Regarding Plaintiff's Status Report**

On May 2, 2019, the Court issued a Scheduling Order regarding discovery and pretrial motions. ("Order," ECF No. 60.) Among other deadlines, the Order required each party to file and serve a Status Report on or before July 31, 2019. (*Id*. at 5–6.)

Defendant Mohamed Lameer ("Defendant") filed a Status Report on July 31, 2019. (Def.'s Status Report, ECF No. 65.)

To date, Plaintiff Christian Kerrigan ("Plaintiff") has not filed a Status Report. Plaintiff is **ORDERED TO SHOW CAUSE** by **September 4, 2019** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a Status Report on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to respond to this Order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

| | **Time in Court:** | 0:00 |
|---|---:|:---:|
| | **Initials of Preparer:** | CSI |